No. 232. KANSAS CITY SOUTHERN RY. CO. *v.* INTERSTATE COMMERCE COMMISSION ET AL. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Samuel W. Moore, Frank H. Moore, A. F. Smith, W. E. Davis,* and *T. P. Littlepage* for petitioner. *Messrs. E. M. Reidy* and *Daniel W. Knowlton* for Interstate Commerce Comm'n; *Mr. Samuel W. Sawyer* for Kansas City Terminal Ry. Co.; and *Messrs. Bruce Scott, Walter McFarland, W. F. Dickinson, Wallace T. Hughes, A. C. Spencer, Dana T. Smith, H. H. Larimore, F. W. Clements, Charles H. Woods,* and *R. S. Outlaw* for Atchison, Topeka & S. F. Ry. Co. et al., respondents.

No. 233. RED RIVER BROADCASTING CO. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Paul M. Segal* for petitioner. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Mr. Hampson Gary* for respondents.

Nos. 234 and 236. SCRIPPS ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE; and

Nos. 235 and 237. HOWARD ET AL., SUCCESSOR TRUSTEES, *v.* COMMISSIONER OF INTERNAL REVENUE. October 10, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John C. Morley* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Ellis N. Slack* for respondent. Reported below: 96 F. 2d 492.